UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cv-21136-KMM

MARKEL INSURANCE COMPANY,

       Plaintiff,

v.

ALTERS LAW FIRM, P.A. and JEREMY ALTERS,

       Defendants.

_____/

## DEFENDANT, ALTERS LAW FIRM, P.A.'s CORPORATE DISCLOSURE

Defendant, Alters Law Firm, P.A., discloses the following pursuant to Federal Rule of Civil Procedure 7.1(a)(1): Defendant is a closely held corporation and has no corporate shareholders.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been served via electronic filing to: Jeffery Michael Cohen, Carlton Fields Jordan Burt, P.A., Attorney for Plaintiffs, 100 S.E. Second Street., Suite 4200, Miami, FL 33131, jmcohen@cfjblaw.com miaecf@cfdom.net  pwatson@cfjblaw.com  this 3rd day of June, 2014.

**YOUNG, BERMAN, KARPF & GONZALEZ, P.A.**
Attorneys for Defendants
1101 Brickell Ave., Ste. 1400 N
Miami, Florida 33131
Telephone: (305)377-2291
Facsimile: (786)219-1980
Email: aberman@ybkglaw.com

2889.010/00170786.WPD-

Secondary email: mherrera@ybkglaw.com

By: /s/Andrew S. Berman
       ANDREW S. BERMAN
       Florida Bar No.: 370932